**Electronically Filed**
**Supreme Court**
**SCAD-22-0000493**
**20-SEP-2022**
**09:44 AM**
**Dkt. 15 OSUS**

SCAD-22-0000493

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

GARY LEE NELSON, (HI Bar #9651),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 22-0039)

ORDER OF RECIPROCAL SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for reciprocal discipline, filed on August 15, 2022 by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the declaration and exhibits appended thereto, Respondent Nelson's September 13, 2022 Notice of No Opposition to Order to Show Cause, and the record in this matter, we conclude the record warrants the imposition of reciprocal discipline in this jurisdiction upon Respondent Nelson for misconduct committed in Oregon which, if committed here, would constitute multiple

violations of Rule 8.4(c) of the Hawaiʻi Rules of Professional Conduct, with mitigating factors outweighing aggravating factors. Therefore,

IT IS HEREBY ORDERED that Respondent Nelson is suspended from the practice of law in this jurisdiction for 180 days. In light of Respondent Nelson's current administrative suspension, and RSCH Rule 2.16(c) notwithstanding, the suspension is effective upon entry of this order.

IT IS FURTHER ORDERED that Respondent Nelson shall, as a prerequisite to reinstatement in this jurisdiction, bear the costs of these disciplinary proceedings and shall submit to this court proof of payment of such costs, along with proof of his full compliance with the conditions of his Oregon suspension and his reinstatement and good standing in Oregon, as well as proof of his successful curing in this jurisdiction of his administrative suspension.

DATED: Honolulu, Hawaiʻi, September 20, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2